# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CECCHI GORI PICTURES, a California corporation;<br><br>               Debtor. | Case No.: 16-53499<br>(Jointly Administered )<br><br>Chapter 11<br><br>**SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** |

## GENERAL NOTES

The following notes (the "General Notes") are to be considered when reviewing the Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "SOFA") of the above-captioned debtor and debtor-in-possession ("CGP" or the "Debtor").

### 1. Bankruptcy Filing.

On December 14, 2016 (the "Petition Date"), the Debtor and its affiliated debtor, Cecchi Gori USA, Inc., a California corporation ("CGUSA" and together with CGP, the "Debtors"), commenced with this Court their bankruptcy cases (the "Bankruptcy Cases") under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The Debtors' Bankruptcy Cases are jointly administered under Case No. 16-53499 for procedural purposes only.

### 2. Limited Information Available.

Until September 2016, the Debtors were under the control and dominion of their former principal, Vittorio Cecchi Gori ("Gori"), and his close associates, Gabriele Israilovici and Giovanni Nappi (collectively with Gori, "Prior Management"). Gori is a former Italian film

SMRH:481102619.2

producer, businessman and politician, who was later convicted of financial crimes in an Italian court. The Debtors, under their current management (which was appointed on the Petition Date), discovered that the Debtors had been the subject of a far reaching fraud believed to be perpetrated by their Prior Management. In connection with this fraud it is believed that in April 2015 substantially all of the Debtors' assets were fraudulently transferred to G&G Productions, LLC –an entity created by Israilovici and owned by Israilovici and Nappi. Much of the events at issue are detailed in the Debtors' complaint and related papers filed against G&G Productions, LLC and Prior Management, which is currently pending in this Court under Adv. Pro. Case No. 17-5007. It appears that the fraud robbed the Debtors not only of assets, but also of information in the form of electronic data and records, to the great detriment of the Debtors. It is believed that this fraud was many months in the making.

   3.   **Best Efforts.**

The Debtors have exercised their best efforts to prepare the Schedules and SOFA, despite the fraudulent transfer of their assets, including their books and records, and the limited amount of information available. The Debtors have engaged in discussions with third parties, including the Debtors' consultant, former accountant, former attorneys and third party financial institutions (detailed in the paragraphs that follow). The Debtors have successfully sought and obtained from such third parties significant amounts of information, but under the circumstances the Debtors do not know with absolute certainty what they still do not know about their financial situation. While the Schedules and SOFA may be accurate as filed, there is a chance additional information will be uncovered, especially as the litigation against Prior Management progresses.

As a result of the efforts to date, the Debtors obtained significant and material relevant documents. This includes prior tax returns through 2014 (the last year in which Prior

Management had returns prepared).  After 2014, as Prior Management schemed to steal the Debtors' assets, the trail of information goes cold quickly.

The Debtors have obtained possession of approximately 300 boxes of documents, which had been stored in a storage facility in the Los Angeles area.  In addition to being affected by water damage, a review of the boxes leads to the conclusion that many of the documents are outdated—relating to the 1990s.

Also, the Debtors obtained bank records from City National Bank, where the Debtors believed to have banked until July 15, 2016.  The Debtors have recently learned that they have a bank account with another bank but, as of the date of the Schedules and SOFA, the Debtors have not been able to obtain the relevant records for such account.

**Fill in this information to identify the case:**

Debtor name ___Cecchi Gori Pictures___

United States Bankruptcy Court for the: ___Northern___ District of ___CA___
(State)

Case number (If known): ___16-53499___

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................... $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................... $875,854.50

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................. $875,854.50

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................ $1,421,446.57

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................. $0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. + $ 1,641,554.54

4. **Total liabilities**................................................................................................ $3,063,001.11
   Lines 2 + 3a + 3b

Case: 16-53499     Doc# 64     Filed: 02/13/17     Entered: 02/13/17 18:43:42     Page 4 of 22

American LegalNet, Inc.
www.FormsWorkFlow.com

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ ___0___

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $ |
| 3.2. | | | $ |

4. **Other cash equivalents** (*Identify all*)

| | | |
|---|---|---|
| 4.1. Retainer with Sheppard Mullin Richter & Hampton LLP | | $   107,306.50[1] |
| 4.2. | | $ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $   107,306.50

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

[1] This Debtor and its affiliated debtor Cecchi Gori USA share an equal interest in this amount.

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 5 of 22

American LegalNet, Inc.
www.FormsWorkFlow.com

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $ _____

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ _____

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ....... ➔   $ _____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....... ➔   $ _____
                        face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1. _____  _____ %  _____  $ _____

15.2. _____  _____ %  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 6 of 22



## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

Case: 16-53499   Doc# 64   Filed: 02/13/17   Entered: 02/13/17 18:43:42   Page 7 of 22

American LegalNet, Inc.
www.FormsWorkFlow.com

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| Damaged chairs and wall art | $ Unknown | _____ | $ Unknown |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ Unknown

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

American LegalNet, Inc.
www.FormsWorkFlow.com

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 Cadillac Escalade[2]        $ Unknown          Unknown          $ Unknown

    47.2 _____     $ _____      _____      $ _____

    47.3 _____     $ _____      _____      $ _____

    47.4 _____     $ _____      _____      $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____     $ _____      _____      $ _____

    48.2 _____     $ _____      _____      $ _____

49. **Aircraft and accessories**

    49.1 _____     $ _____      _____      $ _____

    49.2 _____     $ _____      _____      $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____          $ _____      _____      $ _____

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                      $ Unknown

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

2 The Debtor is not currently in possession of the Escalade, and is in the process of determining its whereabouts.

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 9 of 22

American LegalNet, Inc.
www.FormsWorkFlow.com

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets**<br>See Schedule 10 attached hereto | $ _____ | _____ | $ ___Unknown___ |
| **61. Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties**<br>See Schedule 10 attached hereto | $ _____ | _____ | $ ___Unknown___ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| **64. Other intangibles, or intellectual property**<br>See Schedule 10 attached hereto | $ _____ | _____ | $ ___Unknown___ |
| **65. Goodwill**<br>See Schedule 10 attached hereto | $ _____ | _____ | $ ___Unknown___ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ ___Unknown___

American LegalNet, Inc.<br>www.FormsWorkFlow.com


67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:  All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ − _____ = ➜ $ _____
                          Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Net Operating Loss (reflected on 2014 Tax Return)   Tax year  2014    $    768,224

_____   Tax year _____  $ _____

_____   Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

_____                          $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Various claims including those claims asserted in
Adversary Proceeding (Case No. 17-5007)                          $    Unknown

Nature of claim      _____

Amount requested     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $ _____

Nature of claim      _____

Amount requested     $ _____

76. **Trusts, equitable or future interests in property**

_____                          $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90                $    768,224

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 11 of
                                      22


| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 107,306.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ _____ | |
| 88. **Real property.** *Copy line 56, Part 9* ..................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 768,224.00 | |
| 91. **Total.** Add lines 80 through 90 for each column..........................91a. | $ 875,584.50 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...............................................    $ 875,584.50

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 12 of 22

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name __Cecchi Gori Pictures__

United States Bankruptcy Court for the: __Northern__ District of __CA__
(State)

Case number (If known): __16-53499__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
Neils Juul

**Creditor's mailing address**
137 N. Larchmont Blvd. Suite 233
Los Angeles, CA 90004

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

Other creditors asserting secured claims

**Describe debtor's property that is subject to a lien**
Substantially all of Debtor's personal property

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,300,000 | $ Unknown

**2.2**

**Creditor's name**
Nofatego, LLC[1]

**Creditor's mailing address**
137 N. Larchmont Blvd. Suite 233
Los Angeles, CA 90004

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　Other creditors asserting secured claims
　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Substantially all of Debtor's personal property

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,300,000 | $ Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,421,446.57

page 1 of 2

---

[1] Same underlying claim as 2.1

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property



American LegalNet, Inc.<br>www.FormsWorkFlow.com

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**

Clark & Trevithick

**Describe debtor's property that is subject to a lien**

Property subject to judgment lien

$ $121,446.57     $ Unknown

**Creditor's mailing address**

800 Wilshire Blvd., 12th Floor,

Los Angeles, CA 90017

**Describe the lien**

Judgment Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Judgment entered 2/2015

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**2. Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____     $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

American LegalNet, Inc.
www.FormsWorkFlow.com

Form 206D       Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor      Cecchi Gori Pictures

United States Bankruptcy Court for the:      Northern      District of   CA
                                                                    (State)

Case number      16-53499
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $ Unknown

Priority amount $ Unknown

**2.2** Priority creditor's name and mailing address

Franchise Tax Board

Bankruptcy Section MS A 340

P.O. Box 2952, Sacramento, CA 95812

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $  Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

**2.3** Priority creditor's name and mailing address

Employment Development Department

PO Box 826880

Sacramento, CA 94280

Date or dates debt was incurred

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $  Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

page 1 of 3

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 15 of 22



| Debtor | Cecchi Gori Pictures | Case number (if known) | 16-53499 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**
Paramount

5555 Melrose Avenue
Los Angeles, CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknown

**3.2**

**Nonpriority creditor's name and mailing address**
DARO Film Distribution "Le Patio Palace"

41 Avenue Hector Otto
98000 Monaco, Monaco

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 200,000.00

**3.3**

**Nonpriority creditor's name and mailing address**
Wolfe, Rifkin, Shapiro, Schuman, Rabkin LLP

Attn: Mark Rosenabum
1140 West Olympic Blvd., 9th Floor, LA, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 200,000.00

**3.4**

**Nonpriority creditor's name and mailing address**
Brewer and Tominaga

310 N. Westlake Blvd. Suite 260
Westlake Village, CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Accounting services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 45,000.00

**3.5**

**Nonpriority creditor's name and mailing address**
Motion Picture Association of America

15301 Ventura Blvd., Building E
Sherman Oaks, CA 91403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknown

**3.6**

**Nonpriority creditor's name and mailing address**
Cecchi Gori Group Fin.Ma.Vi
c/o Eric Winston, Quinn Emmanuel
865 S. Figueroa, 10th Fl., LA, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Italian Court Judgment

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,196,554.54

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 16 of 3
22



| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7__  Nonpriority creditor's name and mailing address**

Lionsgate Entertainment
_____

2700 Colorado Avenue #200
_____
Santa Monica, CA 90404
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Notice Only

---

**3.__  Nonpriority creditor's name and mailing address**

Summit Entertainment LLC
_____

1601 Cloverfield Blvd. #200
_____
Santa Monica, CA 90404
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Notice Only

---

**3.__  Nonpriority creditor's name and mailing address**

Fox Studios
_____

10201 W. Pico Blvd.
_____
Los Angeles, CA 90064
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Notice Only

---

**3.__  Nonpriority creditor's name and mailing address**

Warner Brothers
_____

4000 Warner Blvd.
_____
Burbank, BA 91522
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Notice Only

---

**3.__  Nonpriority creditor's name and mailing address**

_____

_____
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 17 of
22
American LegalNet Inc.
www.FormsWorkFlow.com

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ _____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $     Unknown |

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 5 of 22

American LegalNet, Inc.
www.FormsWorkFlow.com

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name  Cecchi Gori Pictures

United States Bankruptcy Court for the: _____Northern_____  District of  __CA__
(State)

Case number (If known): __16-53499__  Chapter __11__

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | "Silence" Settlement Agreement<br><br>Regarding Debtor's rights in the movie Silence. | Hollywood Gang Productions, Gianni Nunari,<br><br>Amerecun Films, Tex Film, Inc. Vittori Cecchi Gori Sikelia Productions, Inc. |
| | State the term remaining | Unknown | 110 W. 57th Street, NY, NY 10019 |
| | List the contract number of any government contract | N/A | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release<br>Debtor retained a right to receive payment from certain films. | Gianni Nunnari , Hollywood Gang Productions<br><br>11990 San Vicente Blvd Ste 200, LA, CA |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | N/A | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Silence Purchase Agreement<br>Regarding Debtor's sale of film rights | Georgia Film Fund Twenty One, LLC<br><br>8200 Wilshire Blvd. #300, Beverly Hills, CA 90211 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | N/A | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement regarding Man Trouble, Folks, House of Cards[1] | Fox Studios |
| | State the term remaining | | |
| | List the contract number of any government contract | N/A | |
| | | | |

---

[1] The Debtor believes this agreement expired in 2014 but the Debtor has not yet located a copy of the agreement

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**

 American LegalNet, Inc.
www.FormsWorkFlow.com

☐ Check if this is an
amended filing

<u>Official Form 206H</u>
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Cecchi Gori USA, Inc. | 1100 La Avenida Street <br> Street <br> Building A <br> Mountain View CA 94043 <br> City State ZIP Code | Nofatego LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 Cecchi Gori USA, Inc. | 1100 La Avenida Street <br> Street <br> Building A <br> Mountain View CA 94043 <br> City State ZIP Code | Niel Juul | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.3 Cecchi Gori USA, Inc. | 1100 La Avenida Street <br> Street <br> Building A <br> Mountain View CA 94043 <br> City State ZIP Code | Wolfe, Rifkin, Shapiro, Schulman Rabkin LLP | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.4 Cecchi Gori USA, Inc. | 1100 La Avenida Street <br> Street <br> Building A <br> Mountain View CA 94043 <br> City State ZIP Code | Clark & Trevithick | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.5 Cecchi Gori USA, Inc. | 1100 La Avenida Street <br> Street <br> Building A <br> Mountain View CA 94043 <br> City State ZIP Code | Brewer & Tominaga | ☐ D <br> ☒ E/F <br> ☐ G |
| 2.6 | Street | | ☐ D <br> ☐ E/F <br> ☐ G |

Case: 16-53499    Doc# 64    Filed: 02/13/17    Entered: 02/13/17 18:43:42    Page 20 of
22



# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CECCHI GORI PICTURES, a California corporation,<br><br>            Debtor. | Case No.: 16-53499<br>(Jointly Administered )<br><br>Chapter 11 |

## SCHEDULE 10
## TO
## SCHEDULES OF ASSETS AND LIABILITIES

The Debtor owns intellectual property and contract rights related to the following:

1.      Scripts listed in Schedule B of Cecchi Gori USA, Inc. (Case No. 16-53500).

2.      A library of films listed in Schedule B of Cecchi Gori USA, Inc. (Case No. 16-53500).

3.      The trademark and brand name CECCHI GORI (or any derivations thereof).

4.      Certain agreements, including those listed in the Schedules.

SMRH:481132430.1

| Fill in this information to identify the case and this filing: |

Debtor Name  **Cecchi Gori Pictures**

United States Bankruptcy Court for the: **Northern**    District of **CA**

Case number *(if known):*  **16-53499**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **2/13/2017**
MM / DD / YYYY

**✗** _____
Signature of individual signing on behalf of debtor

Andrew De Camara
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**