# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CECCHI GORI PICTURES, a California corporation;<br><br>             Debtor. | Case No.: 16-53499<br>(Jointly Administered )<br><br>Chapter 11<br><br>**SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** |

## GENERAL NOTES

The following notes (the "General Notes") are to be considered when reviewing the Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "SOFA") of the above-captioned debtor and debtor-in-possession ("CGP" or the "Debtor").

1. **Bankruptcy Filing.**

On December 14, 2016 (the "Petition Date"), the Debtor and its affiliated debtor, Cecchi Gori USA, Inc., a California corporation ("CGUSA" and together with CGP, the "Debtors"), commenced with this Court their bankruptcy cases (the "Bankruptcy Cases") under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The Debtors' Bankruptcy Cases are jointly administered under Case No. 16-53499 for procedural purposes only.

2. **Limited Information Available.**

Until September 2016, the Debtors were under the control and dominion of their former principal, Vittorio Cecchi Gori ("Gori"), and his close associates, Gabriele Israilovici and Giovanni Nappi (collectively with Gori, "Prior Management"). Gori is a former Italian film

producer, businessman and politician, who was later convicted of financial crimes in an Italian court. The Debtors, under their current management (which was appointed on the Petition Date), discovered that the Debtors had been the subject of a far reaching fraud believed to be perpetrated by their Prior Management. In connection with this fraud it is believed that in April 2015 substantially all of the Debtors' assets were fraudulently transferred to G&G Productions, LLC –an entity created by Israilovici and owned by Israilovici and Nappi. Much of the events at issue are detailed in the Debtors' complaint and related papers filed against G&G Productions, LLC and Prior Management, which is currently pending in this Court under Adv. Pro. Case No. 17-5007. It appears that the fraud robbed the Debtors not only of assets, but also of information in the form of electronic data and records, to the great detriment of the Debtors. It is believed that this fraud was many months in the making.

3.      **Best Efforts.**

The Debtors have exercised their best efforts to prepare the Schedules and SOFA, despite the fraudulent transfer of their assets, including their books and records, and the limited amount of information available. The Debtors have engaged in discussions with third parties, including the Debtors' consultant, former accountant, former attorneys and third party financial institutions (detailed in the paragraphs that follow). The Debtors have successfully sought and obtained from such third parties significant amounts of information, but under the circumstances the Debtors do not know with absolute certainty what they still do not know about their financial situation. While the Schedules and SOFA may be accurate as filed, there is a chance additional information will be uncovered, especially as the litigation against Prior Management progresses.

As a result of the efforts to date, the Debtors obtained significant and material relevant documents. This includes prior tax returns through 2014 (the last year in which Prior

Management had returns prepared).  After 2014, as Prior Management schemed to steal the Debtors' assets, the trail of information goes cold quickly.

The Debtors have obtained possession of approximately 300 boxes of documents, which had been stored in a storage facility in the Los Angeles area.  In addition to being affected by water damage, a review of the boxes leads to the conclusion that many of the documents are outdated—relating to the 1990s.

Also, the Debtors obtained bank records from City National Bank, where the Debtors believed to have banked until July 15, 2016.  The Debtors have recently learned that they have a bank account with another bank but, as of the date of the Schedules and SOFA, the Debtors have not been able to obtain the relevant records for such account.

SMRH:481102619.2

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 1/1/2016 to<br>MM / DD / YYYY | Filing date | ☐ Operating a business<br>☐ Other _____ | $ Unknown |
| **For prior year:** | From 1/1/2015 to<br>MM / DD / YYYY | 12/31/2015<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ Unknown |
| **For the year before that:** | From 1/1/2014 to<br>MM / DD / YYYY | 12/31/2014<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 5,645.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | _____<br>MM / DD / YYYY | _____ | $_____ |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 4 of 43

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

See attached Schedule 4

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 5 of 43

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. NOUS S.r.l v. Cecchi Gori | Civil Litigation | LA Superior Court | ☐ Pending |
| | | Name | ☐ On appeal |
| | | 111 N. Hill Street #102 | ☑ Concluded |
| **Case number** | | Street | |
| BC466028 | | Los Angeles, CA 90012 | |
| | | City          State          ZIP Code | |
| **Case title** | | **Court or agency's name and address** | ☐ Pending |
| 7.2. | | | ☐ On appeal |
| | | Name | ☐ Concluded |
| **Case number** | | Street | |
| | | | |
| | | City          State          ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | | Street |
| City        State        ZIP Code | **Case number** | City        State        ZIP Code |
| | **Date of order or assignment** | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | | | |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sheppard Mullin Richter & Hampton | | 12/9/2016 | $148,238.00[1] |
| | | Money | | |
| | **Address** | | | |
| | Four Embarcadero Center, 17th Fl | | | |
| | Street | | | |
| | San Francisco, CA 94111 | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | sheppardmullin.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

[1] $40,931.50 of such amount was applied prepetition to pay counsel's fees and expenses, with the balance remaining in the client's trust account to serve as a retainer. Counsel has agreed to have a portion of the funds for the payment of certain administrative expenses, including the flat fees of the Debtors' CEO and consultant

| | Who was paid or who received the transfer? | If money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |
| | | | | |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 8 of 43

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | G&G Productions, LLC, et. al. | Substantially all of the Debtor's assets | 4/1/2015 | $ _____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | See Adversary Case 17-5007 (pending before the Bankruptcy Court for the Northern District of CA) | | | |
| | Who received transfer? | _____ | _____ | $ _____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 555 Melrose Avenue | From _____ To _____ |
| | Street #203 | |
| | Los Angeles          CA     90038 | |
| | City          State     ZIP Code | |
| 14.2. | 8484 Wilshire Blvd.#515 | From _____ To _____ |
| | Street | |
| | Beverly Hills          CA     90211 | |
| | City          State     ZIP Code | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City      State      ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City      State      ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 10 of
43

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | City National Bank<br>Name<br>2029 Century Park East<br>Street<br>Los Angeles    CA    90067<br>City            State        ZIP Code | XXXX– 0  0  2  4 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | July 2016 | $        0.00 |
| 18.2. | Chase Bank[1]<br>Name<br>1130 N. Sepulveda Blvd.<br>Street<br>Suite A<br>Manhattan Beach   CA    90266<br>City            State        ZIP Code | XXXX– Unknown | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | Unknown | $        0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City        State        ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>Name<br>1910 S. Hughes Way<br>Street<br>El Segundo, CA 90245<br>City        State        ZIP Code | The Blakeley Law Firm had access.<br><br>Address | File boxes and damaged office furniture | ☐ No<br>☑ Yes |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 11 of 43

[1] Debtor is informed that it held a bank account with Chase Bank

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____ Name | _____ | ☐ On appeal |
| _____ | _____ Street | _____ | ☐ Concluded |
| | _____ City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ Name | _____ | |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 12 of
43

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Cecchi Gori USA, Inc. | Movie development and production. | EIN: 9  5 – 4  3  2  1  8  8  5 |
| | Name | | **Dates business existed** |
| | Street | | From ___1990___  To _Present_ |
| | City          State          ZIP Code | | |
| 25.2. | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | From _____  To _____ |
| | City          State          ZIP Code | | |
| 25.3. | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | From _____  To _____ |
| | City          State          ZIP Code | | |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 13 of
43

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address      See General Notes to SOFA, attached hereto. | Dates of service |
|---|---|

26a.1.

Name

Street

City                          State              ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.

Name

Street

City                          State              ZIP Code

From _____  To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address      See General Notes to SOFA, attached hereto. | Dates of service |
|---|---|

26b.1.

Name

Street

City                          State              ZIP Code

From _____  To _____

| Name and address | Dates of service |
|---|---|

26b.2.

Name

Street

City                          State              ZIP Code

From _____  To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address      See General Notes to SOFA, attached hereto. | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name

Street

City                          State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                    State                    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | See General Notes to SOFA, attached hereto. |
|---|---|
| 26d.1. | |
| Name | |
| Street | |
| City                    State                    ZIP Code | |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                    State                    ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State                    ZIP Code |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 15 of 43

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
       Name

       _____
       Street

       _____
       City                            State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nous S.r.l | Piazza A. Mancini n. 4 00196-Roma | Exclusive Owner | 100 |
| Andrew de Camara | 1100 La Avenida Street, Building A | CEO | |
| | Mountain View, CA 94043 | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Vittorio Cecchi Gori | 19 Largo Borghese, Rome, Italy 00816 | Officer | From _1990_ To _09/16_ |
| Gabriele Israilovici | Isinvest Srl. Via della Croce 78b, Rome, Italy 00187 | Person in Control | From _____ To _09/16_ |
| Giovanni Nappi | 88 Viale Umberto Tupini, 00144 Rome, Italy | Person in Control | From _____ To _09/16_ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.        See attached Schedule 4

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City            State    ZIP Code | | | |
| Relationship to debtor | | _____ | |
| | | _____ | |

Case: 16-53499    Doc# 65    Filed: 02/13/17    Entered: 02/13/17 18:44:36    Page 16 of 43

Debtor      Cecchi Gori Pictures                              Case number (if known) 16-53499
            Name

**Name and address of recipient**

30.2 _____          _____  _____  _____
     Name                                          _____

     Street                                         _____

     _____        _____
     City                    State      ZIP Code     _____

     **Relationship to debtor**                       _____

     _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☑ No
    ☐ Yes. Identify below.

    **Name of the parent corporation**                 Employer Identification number of the parent
                                                        corporation
    _____            EIN: __ __ - __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☑ No
    ☐ Yes. Identify below.

    **Name of the pension fund**                       Employer Identification number of the pension fund
    _____            EIN: __ __ - __ __ __ __ __ __ __

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2 / 13 / 17
              MM / DD / YYYY

✗ _____          Printed name  Andrew De Camara
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Executive Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

CECCHI GORI PICTURES., a California
corporation;

              Debtor.

Case No.: 16-53499
(Jointly Administered )

Chapter 11

**SCHEDULE 4**
**TO**
**STATEMENT OF FINANCIAL AFFAIRS**

XXH1309DPCSTM          01301500002110024

Page 1     (4)

Account #: 2110024

This statement: January 30, 2015          Contact us:
Last statement: December 31, 2014         213 673-7700

                                          Century City Towers Office
                                          2029 Century Park East
002                        0830L          Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203                cnb.com
LOS ANGELES CA 90038


WITH BUSINESS ONLINE FOR MOBILE AND TREASURY NET FOR MOBILE YOU NOW HAVE
 SECURE, INSTANT ACCESS TO KEY BUSINESS BANKING SERVICES FROM YOUR
 MOBILE PHONE BROWSER. LEARN MORE AT CNB.COM/BUSINESSMOBILE.

Analyzed Business Checking

Account Summary                Account Activity
Account number       2110024   Beginning bal  (12/31/2014)        $10,245.12
Minimum balance    $4,037.21   Credits                + $0.00
Average balance    $6,739.37   Checks paid    (4)     - 5,730.51
Avg. collect bal   $6,739.00   Electronic db  (0)        - 0.00
                               Other debits   (1)      - 477.40
                               Total debits               - $6,207.91
                               Ending balance (1/30/2015)    $4,037.21

CHECKS PAID

Number        Date           Amount         Control
1189          01-13        4,512.68      000010160008500
1190          01-09          547.50      000010290399700
1191          01-23          450.00      000010370015700
1193 *        01-15          220.33      000010120034900
* Skip in check sequence

OTHER DEBITS
Date   Description                                 Reference        Debits  Control Number
1-21   Acct Analysis Chg ANALYSIS ACTIVITY FOR 12/14                477.40  000000000000000

#XXH1309DPCSTM          01301500002110024

CECCHI GORI PICTURES          Page 2
January 30, 2015          Account #: 2110024

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | 10,245.12 | 01-13 | 5,184.94 | 01-21 | 4,487.21 |
| 01-09 | 9,697.62 | 01-15 | 4,964.61 | 01-23 | 4,037.21 |

#XXH1309DPCSTM        02271500002110024

Page 1    (2)

Account #: 2110024

This statement: February 27, 2015        Contact us:
Last statement: January 30, 2015         213 673-7700

                                         Century City Towers Office
                                         2029 Century Park East
002                           0830L      Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203               cnb.com
LOS ANGELES CA 90038

WITH BUSINESS ONLINE FOR MOBILE AND TREASURY NET FOR MOBILE YOU NOW HAVE
SECURE, INSTANT ACCESS TO KEY BUSINESS BANKING SERVICES FROM YOUR
MOBILE PHONE BROWSER. LEARN MORE AT CNB.COM/BUSINESSMOBILE.

Analyzed Business Checking

Account Summary                Account Activity
Account number      2110024    Beginning bal  (1/30/2015)           $4,037.21
Minimum balance   $3,051.53    Deposits       (0)        + 0.00
Average balance   $4,068.38    Electronic cr  (0)        + 0.00
Avg. collect bal  $4,068.00    Other credits  (1)     + 4,990.00
                               Total credits                      +$4,990.00
                               Checks paid    (2)     - 1,979.06
                               Electronic db  (0)        - 0.00
                               Other debits   (1)      - 175.68
                               Total debits                       - $2,154.74
                               Ending balance (2/27/2015)          $6,872.47

OTHER CREDITS
Date   Description                                Reference      Credits  Control Number
2-23   Account Transfer Cr. FR ACC 00002128861                  4,990.00 294000223111826

CHECKS PAID

Number        Date          Amount        Control
1192          02-06         810.00        000010520077100
1194 *        02-24       1,169.06        000010330091900
* Skip in check sequence

OTHER DEBITS
Date   Description                                Reference       Debits  Control Number
2-19   Acct Analysis Chg ANALYSIS ACTIVITY FOR 01/15             175.68  000000000000000

XXH1309DPCSTM        02271500002110024

CECCHI GORI PICTURES          Page 2
February 27, 2015            Account #: 2110024

AILY BALANCES

| ate | Amount | Date | Amount | Date | Amount |
|------|---------|-------|----------|-------|----------|
| 1-30 | 4,037.21 | 02-19 | 3,051.53 | 02-24 | 6,872.47 |
| 2-06 | 3,227.21 | 02-23 | 8,041.53 | | |

#XXH1309DPCSTM          03311500002110024

Page 1     (6)

Account #: 2110024

This statement: March 31, 2015          Contact us:
Last statement: February 27, 2015       213 673-7700

                                        Century City Towers Office
                                        2029 Century Park East
002                    0830L            Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203              cnb.com
LOS ANGELES CA 90038

WHETHER YOU NEED A BUSINESS OR PURCHASING CREDIT CARD FOR EVERYDAY
EXPENSES OR TRAVEL AND ENTERTAINMENT, A CITY NATIONAL VISA
COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO
HANDLE YOUR BUSINESS NEEDS. PLEASE CONTACT YOUR RELATIONSHIP MANAGER
FOR DETAILS.

Analyzed Business Checking

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (2/27/2015) | $6,872.47 |
| Minimum balance | $2,226.77 | Credits | | + $0.00 |
| Average balance | $4,840.80 | Checks paid | (6) | - 3,469.33 |
| Avg. collect bal | $4,840.00 | Electronic db | (0) | - 0.00 |
| | | Other debits | (2) | - 1,176.37 |
| | | Total debits | | - $4,645.70 |
| | | Ending balance | (3/31/2015) | $2,226.77 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 1172 | 03-16 | 215.33 | 000010550351100 |
| 1173 | 03-19 | 880.00 | 000010260017100 |
| 1174 | 03-23 | 832.50 | 000010350415700 |
| 1195 * | 03-10 | 829.00 | 000010300573100 |
| 1196 | 03-20 | 15.00 | 000010270047800 |
| 1198 * | 03-02 | 697.50 | 000010100210400 |

* Skip in check sequence

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-19 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 02/15 | | 176.37 | 000000000000000 |
| 3-31 | Account Transfer Dr. TO ACC 00002128861 | | 1,000.00 | 307000331070826 |

(XH1309DPCSTM          03311500002110024

CECCHI GORI PICTURES
March 31, 2015

Page 2
Account #: 2110024

AILY BALANCES

| ate | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 2-27 | 6,872.47 | 03-16 | 5,130.64 | 03-23 | 3,226.77 |
| 3-02 | 6,174.97 | 03-19 | 4,074.27 | 03-31 | 2,226.77 |
| 3-10 | 5,345.97 | 03-20 | 4,059.27 | | |

#XXH1309DPCSTM          04301500002110024

Page 1      (1)

Account #: 2110024

This statement: April 30, 2015          Contact us:
Last statement: March 31, 2015          213 673-7700

Century City Towers Office
2029 Century Park East
002                    0830L          Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203          cnb.com
LOS ANGELES CA 90038

WITH BUSINESS ONLINE FOR MOBILE AND TREASURY NET FOR MOBILE YOU NOW HAVE
SECURE, INSTANT ACCESS TO KEY BUSINESS BANKING SERVICES FROM YOUR
MOBILE PHONE BROWSER. LEARN MORE AT CNB.COM/BUSINESSMOBILE.

Analyzed Business Checking

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (3/31/2015) | | $2,226.77 |
| Minimum balance | $548.83 | Deposits | (1) | + 7,207.62 | |
| Average balance | $2,088.22 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $1,847.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$7,207.62 |
| | | Checks paid | (1) | - 1,500.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 177.94 | |
| | | Total debits | | | - $1,677.94 |
| | | Ending balance | (4/30/2015) | | $7,756.45 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 4-28 | Deposit | | 7,207.62 | 000008310063300 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 1639 | 04-15 | 1,500.00 | 000008090104800 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 4-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 03/15 | | 177.94 | 000000000000000 |

KXH1309DPCSTM          04301500002110024

CECCHI GORI PICTURES          Page 2
April 30, 2015          Account #: 2110024

AILY BALANCES

| ate | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 3-31 | 2,226.77 | 04-21 | 548.83 | | |
| 4-15 | 726.77 | 04-28 | 7,756.45 | | |

#XXH1309DPCSTM          06301500002110024

Page 1      (2)

Account #: 2110024

This statement: June 30, 2015          Contact us:
Last statement: May 29, 2015           213 673-7700

Century City Towers Office
2029 Century Park East
002                    0830L           Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203             cnb.com
LOS ANGELES CA 90038

WITH BOOK2BANK YOU CAN REDUCE THE COST OF PAYING BILLS AND SYNC YOUR
CITY NATIONAL ACCOUNTS WITH YOUR ACCOUNTING SOFTWARE. FOR MORE
INFORMATION, CONTACT YOUR RELATIONSHIP MANAGER.

Analyzed Business Checking

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (5/29/2015) | $7,666.48 |
| Minimum balance | $2,289.65 | Credits | | + $0.00 |
| Average balance | $2,896.65 | Checks paid | (2) | - 5,220.00 |
| Avg. collect bal | $2,896.00 | Electronic db | (0) | - 0.00 |
| | | Other debits | (1) | - 156.83 |
| | | Total debits | | - $5,376.83 |
| | | Ending balance | (6/30/2015) | $2,289.65 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 1197 | 06-02 | 4,220.00 | 000008290068800 |
| 1877 * | 06-02 | 1,000.00 | 000008290069200 |

* Skip in check sequence

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-23 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 05/15 | | 156.83 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-29 | 7,666.48 | 06-02 | 2,446.48 | 06-23 | 2,289.65 |

#XXH1309DPCSTM          07311500002110024

Page 1      (0)

Account #: 2110024

This statement: July 31, 2015          Contact us:
Last statement: June 30, 2015          213 673-7700

                                       Century City Towers Office
                                       2029 Century Park East
002                    0830N           Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203             cnb.com
LOS ANGELES CA 90038

Analyzed Business Checking

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (6/30/2015) | $2,289.65 |
| Minimum balance | $765.58 | Credits | + $0.00 | |
| Average balance | $1,413.37 | Checks paid | (0) | - 0.00 |
| Avg. collect bal | $1,413.00 | Electronic db | (0) | - 0.00 |
| | | Other debits | (3) | - 1,524.07 |
| | | Total debits | | - $1,524.07 |
| | | Ending balance | (7/31/2015) | $765.58 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 7-7 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0002128861 | | 1,000.00 | 468000707142514 |
| 7-21 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 06/15 | | 124.07 | 000000000000000 |
| 7-30 | Transfer Debit TRANSFER TO DEPOSIT ACCOUNT 0002128861 | | 400.00 | 468000730120005 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 2,289.65 | 07-21 | 1,165.58 | | |
| 07-07 | 1,289.65 | 07-30 | 765.58 | | |

KXH1309DPCSTM          08311500002110024

Page 1     (1)

Account #: 2110024

This statement: August 31, 2015          Contact us:
Last statement: July 31, 2015            213 673-7700

Century City Towers Office
2029 Century Park East
002                          0830L        Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203                cnb.com
LOS ANGELES CA 90038

GO GREEN, GO CONVENIENT, GO PAPERLESS. YOU CAN SUPPRESS YOUR
PAPER STATEMENTS FOR ALL BUSINESS CHECKING, BUSINESS SAVINGS, AND
BUSINESS MONEY MARKET ACCOUNTS AND RECEIVE YOUR STATEMENTS
ELECTRONICALLY. CONTACT YOUR RELATIONSHIP MANAGER FOR MORE
INFORMATION.

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (7/31/2015) | | $765.58 |
| Minimum balance | $1,945.58 | Deposits | (1) | + 1,625.00 | |
| Average balance | $2,541.82 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $2,489.00 | Other credits | (1) | + 6,000.00 | |
| | | Total credits | | | +$7,625.00 |
| | | Checks paid | (1) | - 4,820.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (3) | - 185.87 | |
| | | Total debits | | | - $5,005.87 |
| | | Ending balance | (8/31/2015) | | $3,384.71 |

DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-18 | Deposit | | 1,625.00 | 000008130060200 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 8-3 | Transfer Credit TRANSFER FROM DEPOSIT ACCOUNT 0002128861 | | 6,000.00 | 468000803174812 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 1234 | 08-03 | 4,820.00 | 000010470184000 |

Case: 16-53499     Doc# 65     Filed: 02/13/17     Entered: 02/13/17 18:44:36     Page 29 of 43

#XXH1309DPCSTM          08311500002110024


```
          CECCHI GORI PICTURES          Page 2
          August 31, 2015              Account #: 2110024
```

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 8-20 | Acct Analysis Chg ANALYSIS ACTIVITY FOR 07/15 | | 158.87 | 000000000000000 |
| 8-31 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |
| 8-31 | Service Charge MULTI SIG REQMNT | | 7.00 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 765.58 | 08-18 | 3,570.58 | 08-31 | 3,384.71 |
| 08-03 | 1,945.58 | 08-20 | 3,411.71 | | |

KXH1309DPCSTM        09301500002110024

Page 1      (3)

Account #: 2110024

This statement: September 30, 2015          Contact us:
Last statement: August 31, 2015            213 673-7700

                                           Century City Towers Office
                                           2029 Century Park East
002                        5830L           Los Angeles CA 90067
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203                 cnb.com
LOS ANGELES CA 90038

WHETHER YOU NEED A BUSINESS OR PURCHASING CREDIT CARD FOR EVERYDAY
EXPENSES OR TRAVEL AND ENTERTAINMENT, A CITY NATIONAL VISA
COMMERCIAL CARD WITH CITY NATIONAL REWARDS MAKES IT EASIER FOR YOU TO
HANDLE YOUR BUSINESS NEEDS. PLEASE CONTACT YOUR RELATIONSHIP MANAGER
FOR DETAILS.

## Business Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (8/31/2015) | $3,384.71 |
| Minimum balance | $1,926.76 | Deposits | (2) | + 2,500.00 |
| Average balance | $3,380.78 | Electronic cr | (0) | + 0.00 |
| Avg. collect bal | $3,364.00 | Other credits | (0) | + 0.00 |
| | | Total credits | | +$2,500.00 |
| | | Checks paid | (3) | - 2,973.70 |
| | | Electronic db | (0) | - 0.00 |
| | | Other debits | (5) | - 62.45 |
| | | Total debits | | - $3,036.15 |
| | | Ending balance | (9/30/2015) | $2,848.56 |

### DEPOSITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-25 | Deposit | | 2,000.00 | 000008020006300 |
| 9-30 | Deposit | | 500.00 | 000008100040200 |

### CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 233 | 09-30 | 1,428.70 | 000010280477900 |
| 237 * | 09-24 | 1,425.00 | 000010260026700 |
| 239 * | 09-25 | 120.00 | 000010290289600 |

* Skip in check sequence

#XXH1309DPCSTM          09301500002110024

```
        CECCHI GORI PICTURES          Page 2
        September 30, 2015            Account #: 2110024
```

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 9-16 | Monthly Service Chg BUSINESS BILL PAY MAINT FOR 08/15 | | 7.95 | 000000000000000 |
| 9-16 | Monthly Service Chg TNET BASIC MAINT ( ACCTS 1-5) FOR 08/15 | | 25.00 | 000000000000000 |
| 9-30 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |
| 9-30 | Service Charge MULTI SIG REQMNT | | 7.00 | 000000000000000 |
| 9-30 | Service Charge RETURNED STMT FEE | | 2.50 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 3,384.71 | 09-24 | 1,926.76 | 09-30 | 2,848.56 |
| 09-16 | 3,351.76 | 09-25 | 3,806.76 | | |

XXH1309DPCSTM          10301500002110024

Page 1     (3)

Account #: 2110024

This statement: October 30, 2015
Last statement: September 30, 2015

Contact us:
213 673-7700

Century City Towers Office
2029 Century Park East
Los Angeles CA 90067

002                    5830L
CECCHI GORI PICTURES
5555 MELROSE AVE SUITE 203        cnb.com
LOS ANGELES CA 90038

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (9/30/2015) | | $2,848.56 |
| Minimum balance | $1,894.45 | Credits | | + $0.00 | |
| Average balance | $2,053.63 | Checks paid | (3) | - 921.16 | |
| Avg. collect bal | $2,036.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (5) | - 62.45 | |
| | | Total debits | | | - $983.61 |
| | | Ending balance | (10/30/2015) | | $1,864.95 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 238 | 10-09 | 480.00 | 000010400130600 |
| 240 * | 10-02 | 84.89 | 000010150456900 |
| 241 | 10-02 | 356.27 | 000010340216200 |

* Skip in check sequence

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 10-16 | Monthly Service Chg BUSINESS BILL PAY MAINT FOR 09/15 | | 7.95 | 00000000000000 |
| 10-16 | Monthly Service Chg TNET BASIC MAINT ( ACCTS 1-5) FOR 09/15 | | 25.00 | 00000000000000 |
| 10-30 | Service Charge MONTHLY MAINT | | 20.00 | 00000000000000 |
| 10-30 | Service Charge MULTI SIG REQMNT | | 7.00 | 00000000000000 |
| 10-30 | Service Charge RETURNED STMT FEE | | 2.50 | 00000000000000 |

|#XXH1309DPCSTM          10301500002110024

CECCHI GORI PICTURES              Page 2
October 30, 2015                  Account #: 2110024

DAILY BALANCES

| Date  | Amount   | Date  | Amount   | Date  | Amount   |
|-------|----------|-------|----------|-------|----------|
| 09-30 | 2,848.56 | 10-09 | 1,927.40 | 10-30 | 1,864.95 |
| 10-02 | 2,407.40 | 10-16 | 1,894.45 |       |          |

XXH1309DPCSTM        11301500002110024

Page 1      (0)

Account #: 2110024

This statement: November 30, 2015        Contact us:
Last statement: October 30, 2015         213 673-7700

                                          Century City Towers Office
                                          2029 Century Park East
002                          0830N        Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515                  cnb.com
LOS ANGELES CA 90211

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (10/30/2015) | | $1,864.95 |
| Minimum balance | $1,131.00 | Credits | | + $0.00 | |
| Average balance | $1,375.20 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $1,375.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (4) | - 753.95 | |
| | | Total debits | | | - $753.95 |
| | | Ending balance | (11/30/2015) | | $1,111.00 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 11-10 | Debit Memo RESEARCH & COPY | | 701.00 | 468001110173828 |
| 11-17 | Service Charge BUSINESS BILL PAY MAINT FOR 10/15 | | 7.95 | 000000000000000 |
| 11-17 | Service Charge TNET BASIC MAINT ( ACCTS 1-5) FOR 10/15 | | 25.00 | 000000000000000 |
| 11-30 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-30 | 1,864.95 | 11-17 | 1,131.00 | | |
| 11-10 | 1,163.95 | 11-30 | 1,111.00 | | |

#XXH1309DPCSTM        12311500002110024

Page 1    (0)

Account #: 2110024

This statement: December 31, 2015          Contact us:
Last statement: November 30, 2015          213 673-7700

                                           Century City Towers Office
                                           2029 Century Park East
002                           0830N        Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515                    cnb.com
LOS ANGELES CA 90211

ALL OF US AT CITY NATIONAL WISH YOU AND YOURS A WONDERFUL HOLIDAY SEASON
AND ALL THE BEST IN THE NEW YEAR.

Business Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (11/30/2015) | $1,111.00 |
| Minimum balance | $1,111.00 | Credits | + $0.00 | |
| Average balance | $1,111.00 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $1,111.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 20.00 | |
| | | Total debits | | - $20.00 |
| | | Ending balance | (12/31/2015) | $1,091.00 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 12-31 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 1,111.00 | 12-31 | 1,091.00 | | |

XXH1309DPCSTM          01291600002110024

Page 1      (0)

Account #: 2110024

This statement: January 29, 2016
Last statement: December 31, 2015

Contact us:
213 673-7700

Century City Towers Office
2029 Century Park East
Los Angeles CA 90067

002                    0830N
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515
LOS ANGELES CA 90211

cnb.com

Business Checking Account

Account Summary
Account number        2110024
Minimum balance     $1,091.00
Average balance     $1,091.00
Avg. collect bal    $1,091.00

Account Activity
Beginning bal   (12/31/2015)            $1,091.00
Credits                      + $0.00
Checks paid    (0)           - 0.00
Electronic db  (0)           - 0.00
Other debits   (1)           - 20.00
Total debits                          - $20.00
Ending balance (1/29/2016)            $1,071.00

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 1-29 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-31 | 1,091.00 | 01-29 | 1,071.00 | | |

#XXH1309DPCSTM          02291600002110024

Page 1     (0)

Account #: 2110024

This statement: February 29, 2016          Contact us:
Last statement: January 29, 2016           213 673-7700

Century City Towers Office
2029 Century Park East
002                        0830N          Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515                   cnb.com
LOS ANGELES CA 90211

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (1/29/2016) | | $1,071.00 |
| Minimum balance | $1,071.00 | Credits | | + $0.00 | |
| Average balance | $1,071.00 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $1,071.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 20.00 | |
| | | Total debits | | | - $20.00 |
| | | Ending balance | (2/29/2016) | | $1,051.00 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 2-29 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-29 | 1,071.00 | 02-29 | 1,051.00 | | |

XXH1309DPCSTM        03311600002110024

Page 1      (0)

Account #: 2110024

This statement: March 31, 2016          Contact us:
Last statement: February 29, 2016       213 673-7700

                                        Century City Towers Office
                                        2029 Century Park East
002                        0830N        Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515                 cnb.com
LOS ANGELES CA 90211

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (2/29/2016) | | $1,051.00 |
| Minimum balance | $1,051.00 | Credits | | + $0.00 | |
| Average balance | $1,051.00 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $1,051.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 20.00 | |
| | | Total debits | | | - $20.00 |
| | | Ending balance | (3/31/2016) | | $1,031.00 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 3-31 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 1,051.00 | 03-31 | 1,031.00 | | |

#XXH1309DPCSTM          04291600002110024

Page 1      (0)

Account #: 2110024

This statement: April 29, 2016      Contact us:
Last statement: March 31, 2016     213 673-7700

Century City Towers Office
2029 Century Park East
002                    0830N      Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515           cnb.com
LOS ANGELES CA 90211

Business Checking Account

Account Summary              Account Activity
Account number      2110024  Beginning bal  (3/31/2016)      $1,031.00
Minimum balance   $1,031.00  Credits              + $0.00
Average balance   $1,031.00  Checks paid    (0)   - 0.00
Avg. collect bal  $1,031.00  Electronic db  (0)   - 0.00
                             Other debits   (1)   - 20.00
                             Total debits           - $20.00
                             Ending balance (4/29/2016)      $1,011.00

OTHER DEBITS
Date   Description                      Reference      Debits  Control Number
4-29   Service Charge MONTHLY MAINT                    20.00   000000000000000

DAILY BALANCES

Date       Amount   Date       Amount   Date      Amount
03-31    1,031.00   04-29    1,011.00

CXH1309DPCSTM        05311600002110024

Page 1      (0)

Account #: 2110024

This statement: May 31, 2016          Contact us:
Last statement: April 29, 2016        213 673-7700

                                      Century City Towers Office
                                      2029 Century Park East
002                      0830N        Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515              cnb.com
LOS ANGELES CA 90211

usiness Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (4/29/2016) | | $1,011.00 |
| Minimum balance | $1,011.00 | Credits | | + $0.00 | |
| Average balance | $1,011.00 | Checks paid | (0) | - 0.00 | |
| Avg. collect bal | $1,011.00 | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 20.00 | |
| | | Total debits | | | - $20.00 |
| | | Ending balance | (5/31/2016) | | $991.00 |

THER DEBITS

| ate | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| -31 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |

AILY BALANCES

| ate | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 4-29 | 1,011.00 | 05-31 | 991.00 | | |

XXH1309DPCSTM          06301600002110024

Page 1      (0)

Account #: 2110024

This statement: June 30, 2016          Contact us:
Last statement: May 31, 2016          800 773-7100

Century City Towers Office
2029 Century Park East
002                    0830N          Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515              cnb.com
LOS ANGELES CA 90211

Business Checking Account

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | 2110024 | Beginning bal | (5/31/2016) | | $991.00 |
| Minimum balance | $991.00 | Deposits | (1) | + 8,000.00 | |
| Average balance | $1,524.33 | Electronic cr | (0) | + 0.00 | |
| Avg. collect bal | $991.00 | Other credits | (0) | + 0.00 | |
| | | Total credits | | | +$8,000.00 |
| | | Checks paid | (0) | - 0.00 | |
| | | Electronic db | (0) | - 0.00 | |
| | | Other debits | (1) | - 20.00 | |
| | | Total debits | | | - $20.00 |
| | | Ending balance | (6/30/2016) | | $8,971.00 |

DEPOSITS
| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 6-29 | Deposit | | 8,000.00 | 000008240007500 |

OTHER DEBITS
| Date | Description | Reference | Debits | Control Number |
|---|---|---|---|---|
| 6-30 | Service Charge MONTHLY MAINT | | 20.00 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 991.00 | 06-29 | 8,991.00 | 06-30 | 8,971.00 |

XXH1309DPCSTM          07291600002110024

Page 1     (2)

Account #: 2110024

This statement: July 29, 2016          Contact us:
Last statement: June 30, 2016          800 773-7100

                                       Century City Towers Office
                                       2029 Century Park East
002                          0830L     Los Angeles CA 90067
CECCHI GORI PICTURES
8484 WILSHIRE BLVD # 515               cnb.com
LOS ANGELES CA 90211

** Closed Account - Final Statement

Business Checking Account

Account Summary              Account Activity
Account number      2110024  Beginning bal  (6/30/2016)          $8,971.00
Minimum balance       $0.00  Credits                 + $0.00
Average balance   $5,473.07  Checks paid      (2)    - 8,971.00
Avg. collect bal  $5,473.00  Electronic db    (0)        - 0.00
                             Other debits     (0)        - 0.00
                             Total debits                         - $8,971.00
                             Ending balance (7/29/2016)               $0.00

CHECKS PAID

Number        Date          Amount          Control
3414          07-14         3,971.00         000008200055200
3470 *        07-06         5,000.00         000008270087600
* Skip in check sequence

DAILY BALANCES

Date        Amount    Date        Amount    Date        Amount
06-30      8,971.00   07-06      3,971.00   07-14          .00