WEISS & SPEES LLP
Michael H. Weiss (SBN 107481)
mw@weissandspees.com
Laura J. Meltzer (SBN 151889)
1925 Century Park East, Suite 650
Los Angeles, California 90067
Telephone: 424-245-3100
Facsimile: 424-217-4160

Attorneys for Defendants Gabriele Israilovici,
Giovanni Nappi and G&G Productions, LLC, a
California limited liability company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CECCHI GORI PICTURES, a California corporation; CECCHI GORI USA, INC., a California corporation,<br><br>Debtors. | Bank. Case No.: 16-53499<br>(Jointly Administered with Case No. 16-53500)<br><br>Ch. 11<br><br>**NOTICE OF APPEARANCE & CONSENT FOR ELECTRONIC SERVICE**<br><br>Judge: Honorable M. Elaine Hammond |

PLEASE TAKE NOTICE THAT Gabriele Israilovici, Giovanni Nappi and G&G Productions, LLC, a California limited liability company, hereby appear in the above captioned case by their substituted counsel, Weiss & Spees, LLP. In accordance with section Rule 9010(b), of the Federal Rules of Bankruptcy Procedure, Michael H. Weiss and Laura J. Meltzer hereby enter an appearance as counsel for Gabriele Israilovici, Giovanni Nappi and G&G Productions, LLC, a California limited liability company in the above captioned Bankruptcy Case and consent

///

///

to electronic service pursuant to FRCP 5 (b)(2)(E) and BLR's 9013-3 (c) and 9022-1(b).

Dated: June 14, 2017                                WEISS & SPEES, LLP

                                                    By: /s/*Michael H. Weiss*
                                                    MICHAEL H. WEISS (SBN 107481)
                                                    Attorneys for Defendants
                                                    Gabriele Israilovici, Giovanni Nappi and
                                                    G&G Productions, LLC, a California limited
                                                    liability company