SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:      okatz@sheppardmullin.com
           rsahyan@sheppardmullin.com

Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CECCHI GORI PICTURES, a California corporation; CECCHI GORI USA, INC., a California corporation,<br><br>        Debtors. | Case No. 16-53499<br>(Jointly Administered with Case No. 16-53500)<br><br>Chapter 11<br><br>**DECLARATION OF ANDREW DE CAMARA IN SUPPORT OF DEBTORS' APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF DIAMOND MCCARTHY LLP AS SPECIAL LITIGATION COUNSEL**<br><br>[No Hearing Requested Pursuant to Bankruptcy Local Rule 9014-1(b)(3)] |

I, Andrew De Camara, declare:

1. I am the Chief Executive Officer of Cecchi Gori Pictures and Cecchi Gori USA, Inc., the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and I serve on the Debtors' respective board of directors. I am also the designated responsible individual for the Debtors. I make this declaration in those capacities. The matters stated in this declaration are true and correct and are within my personal knowledge and based on my review of relevant books and records and other documents of the Debtors, and if called upon to testify as a witness, I could and would testify competently thereto.

2. This declaration is made in support of the concurrently-filed *Debtors' Application for Order Authorizing Employment of Diamond McCarthy LLP as Special Litigation Counsel* (the "Application"). Unless otherwise defined in this declaration, capitalized terms herein shall have the same meaning given to them in the Application.

3. My review of the Debtors' books and records shows that prior to the Petition Date, the Debtors employed the law firm of Berlandi Nussbaum & Reitzas LLP ("BNR") to provide legal services to the Debtors in connection with certain matters.

4. The Debtors have reason to believe they have claims against BNR. The Debtors are in the process of concluding their investigation into such claims and are prepared to bring an action for damages on account of such claims. In order to bring such an action the Debtors require the assistance of counsel with expertise in prosecuting matters relating to legal malpractice, breach of the duty of loyalty, professional liability and related matters Debtors' general reorganization counsel does not have such expertise.

5. The Debtors wish to employ Diamond McCarthy as its special litigation counsel to finalize the Debtors' investigation and pursue the claims against BNR on behalf of the Debtors' estates. The Debtors seek to employ Diamond McCarthy on a contingent fee basis as described in the Application. The contingency fee terms outlined in the Application are the result of arm's length negotiations between the Debtors and Diamond McCarthy.

6. The provisions reducing Diamond McCarthy's contingency fee percentage for the timely payment of expenses, pre-trial settlements and recoveries are all designed to provide the

1  highest recovery possible to the Debtors' respective estates and their creditors and ensure the

2  contingency fee paid is commensurate with the risk and costs borne by Diamond McCarthy and

3  the results obtained.  The Debtors submit that the proposed contingency fee terms set forth in the

4  Application are fair, reasonable and in the best interest of the Debtors' respective estates and their

5  creditors.

6       I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.  Executed on this 17th day of December, 2017, at Los Angeles,

8  California.

9

10  _____

                  ANDREW DE CAMARA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:484997900.1

-2-           DE CAMARA DECLARATION

Case: 16-53499   Doc# 118   Filed: 12/18/17   Entered: 12/18/17 14:36:30   Page 3 of 3