BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk (VINCENT J. BARBATO)
DATE: 07/13/18

**FILED**

JUN 19 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL

### OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No. NC-18-1079 |
| CECCHI GORI PICTURES; CECCHI GORI USA, INC., | Bk. No. 5:16-bk-53499 |
| Debtors. | |
| GABRIELE ISRAILOVICI, | |
| Appellant, | |
| v. | ORDER OF DISMISSAL |
| FALLIMENTO SPA CECCHI GORY GROUP FIN.MA.VI LIQUIDATION; CECCHI GORI PICTURES; CECCHI GORI USA, INC., | |
| Appellees. | |

Before: TAYLOR, KURTZ and BRAND, Bankruptcy Judges.

On MAY 22, 2018, the Bankruptcy Appellate Panel (BAP) issued a Conditional Order of Dismissal in this appeal which warned the appellant that failure to file the opening brief would result in dismissal of this appeal. Appellant did not file the opening brief and excerpts of the record.

Therefore, this appeal is hereby ORDERED DISMISSED for lack of prosecution. See Fed. R. Bankr. P. 8018(a)(4); 9th Cir. BAP R. 8018(a)-1(c) & 8018(a)-2.