Entered on Docket
March 19, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: March 18, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ,
Cal. Bar No. 209561
ROBERT K. SAHYAN,
Cal. Bar No. 253763
MATT R. KLINGER,
Cal. Bar No. 307362
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email:  okatz@sheppardmullin.com
        rsahyan@sheppardmullin.com
        mklinger@sheppardmullin.com

Attorneys for the Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re

CECCHI GORI PICTURES, a California corporation; CECCHI GORI USA, INC., a California corporation,

Debtors.

Case No. 16-53499
(Jointly Administered with Case No. 16-53500)

Chapter 11

**ORDER APPROVING DEBTORS' APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP AS SPECIAL LITIGATION COUNSEL**

[No Hearing Requested]

Upon the Application of the above-captioned debtors (the "Debtors") for an Order Authorizing Employment of Brutzkus Gubner Rozansky Seror Weber LLP ("Brutzkus Gubner") as Special Litigation Counsel (the "Application") filed on March 6, 2019, pursuant to 11 U.S.C. § 328 of Title 11 of the United States Code ("Bankruptcy Code"), effective as of February 28, 2019 and on the terms set forth in the Application, and upon the Declaration of Steven T. Gubner in Support of the Application filed concurrently with the Application, and it appearing that due and proper notice of the Application was given, and having found no objections to the Application having been filed; and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT**

1. The Application is approved.

2. Brutzkus Gubner is employed as the Debtors' Special Litigation Counsel effective as of February 28, 2019, and Brutzkus Gubner is authorized to perform the services set forth in the Application;

3. Brutzkus Gubner's compensation shall be entirely dependent on the firm obtaining a recovery for the Debtors and Brutzkus Gubner shall be compensated as provided for in the Application.

4. Brutzkus Gubner and the Debtors reserve the right to request a fee enhancement or bonus for Brutzkus Gubner if appropriate.

5. Diamond McCarthy LLP has waived any claim, including any *quantum meruit* claim, in connection with services provided to the Debtors in the BNR Litigation, against either of the Debtors' estates or directly against any recoveries obtained in any of the Adversary Proceedings.

6. Any purportedly secured claim against proceeds from litigation claims of the Debtors brought on behalf of the bankruptcy estates shall not be entitled to attach to the contingency fee portion of the recovery, or the reimbursement of costs or expenses advanced by Brutzkus Gubner.

7. In the event the bankruptcy cases are dismissed prior to approval of a settlement or entry of a judgment in any action in which Brutzkus Gubner shall serve as Special Litigation Counsel for the Debtors, Brutzkus Gubner shall be entitled to, and provided the opportunity to, apply prior to such dismissal, for allowance and payment of an administrative claim for all of its fees incurred, based on its

usual hourly rates, plus a multiple thereof, as approved by the Court, plus its costs, including hourly fees incurred to date.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

** END OF ORDER **

**COURT SERVICE LIST**

*Registered ECF Participants*